**JOYCE C. LONDON, P.C.**
ATTORNEY AT LAW
59 MAIDEN LANE, 6th FLOOR
NEW YORK, NY 10038

Tel: 212 964-3700                                                                                          Fax: 212 964-2926
Email: jlondonlaw@aol.com

August 18, 2014

**By ECF**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                              Re:   Raysor v. United States,
                                                       03 Cr 5418 (SLT) (JMA)

Dear Judge Townes:

      This letter is to request a one-month period in which to file an amendment to the ineffective assistance of counsel issue raised by Petitioner in his § 2255 Petition.

      At this point, Mr. Raysor's hearing on the issues is completed and the post hearing briefing, the Magistrate Judge's Report and Recommendation and Objections to this Report and Recommendation have been filed. However, a recent review of the file has led me to conclude that an amendment to the ineffective assistance of counsel claim is warranted.

      Accordingly, it is respectfully requested that counsel be accorded until September 19, 2014 to file this amendment to the ineffective assistance of counsel claim.

                                                             Very truly yours,

                                                             /s/

                                                             Joyce C. London

cc.:   AUSA Samuel Nitze (By ECF and by Email)